UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:07-CV-29-F

SHIRLEY EVANS,                              )
                Plaintiff,                   )
                                             )
v.                                           )        O R D E R
                                             )
MICHAEL J. ASTRUE,                           )
Commissioner Social Security                 )
Administration, et al.,                      )
                Defendants.                  )

This matter is before the court upon the *pro se* plaintiff's motion asking to withdraw this

case from the court. Defendants have filed a response, indicating that they consent to the

plaintiff's request. Accordingly, the plaintiff's motion [DE-27] is ALLOWED, and this case is

DISMISSED WITHOUT PREJUDICE. All other pending motions are DENIED as moot.

SO ORDERED.    This the 23th day of October, 2007.

James C. Fox
Senior United States District Judge